# EXHIBIT A

**Appendix**

On April 3, 2025, The National Association for Stock Car Auto Racing, LLC identified and began addressing a security incident that involved unauthorized access to its network. Upon identifying the activity, the Company promptly took steps to secure the network and began a comprehensive investigation. A cybersecurity firm that has assisted other companies in similar situations was engaged. Law enforcement was notified. The investigation determined that the unauthorized actor acquired certain files on the Company's network between March 31 and April 3, 2025. The Company reviewed the files and, on June 24, 2025, determined that one or more of the files contained the name and Social Security number of one Maine resident.

On July 24, 2025, the Company mailed a notification letter via First-Class mail to the involved Maine resident. A copy of the notification letter template is enclosed. The Company is offering a complimentary one-year membership to credit monitoring and identity protection services to the notified individual. The Company also has established a dedicated, toll-free call center that the notified resident can call to obtain more information regarding the incident.

To help prevent something like this from happening again, the Company has, and will continue to, take steps to enhance the security of its network.



&lt;&lt;Return to Kroll&gt;&gt;
&lt;&lt;Return Address 1&gt;&gt;
&lt;&lt;City, State ZIP&gt;&gt;

&lt;&lt;Date&gt;&gt; (Format: Month Day, Year)

&lt;&lt;FIRST_NAME&gt;&gt; &lt;&lt;MIDDLE_NAME&gt;&gt; &lt;&lt;LAST_NAME&gt;&gt; &lt;&lt;SUFFIX&gt;&gt;
&lt;&lt;ADDRESS_1&gt;&gt;
&lt;&lt;ADDRESS_2&gt;&gt;
&lt;&lt;CITY&gt;&gt;, &lt;&lt;STATE_PROVINCE&gt;&gt; &lt;&lt;POSTAL_CODE&gt;&gt;
&lt;&lt;COUNTRY&gt;&gt;

Dear &lt;&lt;first_name&gt;&gt; &lt;&lt;last_name&gt;&gt;:

NASCAR Enterprises, LLC, is writing to inform you of an incident that involved some of your information. This letter explains the incident, the measures we have taken, and some elective steps you may consider.

On April 3, 2025, we identified and immediately began addressing a security incident that involved unauthorized access to our network. Upon identifying the activity, we promptly took steps to secure the network and began a comprehensive investigation. A cybersecurity firm that has assisted other companies in similar situations was engaged. Law enforcement was notified. The investigation determined that the unauthorized actor acquired certain files on our network between March 31 and April 3, 2025. We reviewed the files and, on June 24, 2025, we determined that one or more of the files contained your name and &lt;&lt;b2b_text_1 (variable information)&gt;&gt;.

We have arranged for you to receive a complimentary &lt;&lt;Monitoring Term Length (Months)&gt;&gt; month membership to Experian's® IdentityWorks℠ credit and identity monitoring services. This product helps detect possible misuse of your information and provides you with identity protection services. These services are completely free to you and enrolling in this program will not hurt your credit score.

For more information on identity theft prevention, additional steps you can take in response to this incident, and instructions on how to activate your complimentary, &lt;&lt;Monitoring Term Length (Months)&gt;&gt; month membership, we encourage you to review the pages that follow this letter.

We sincerely apologize for any concern or inconvenience this incident may cause. We have taken, and will continue to take, steps to enhance the security of our network environment. If you have any questions about this incident, please call (866) 819-5930, Monday through Friday, 9:00 a.m. to 6:30 p.m. Eastern, excluding some major U.S. holidays.

Sincerely,

NASCAR Enterprises, LLC

ELN-24686

### Activate IdentityWorks Credit 3B Now in Three Easy Steps

To help protect your identity, we are offering a **complimentary** <<Monitoring Term Length (Months)>> month membership of Experian IdentityWorksSM Credit 3B. This product helps detect possible misuse of your personal information and provides you with superior identity protection support focused on immediate identification and resolution of identity theft.

1. ENROLL by: <<b2b_text_6(activation deadline)>> (Your code will not work after this date.)
2. VISIT the **Experian IdentityWorks website** to enroll: **www.experianidworks.com/3bcredit**
3. PROVIDE the **Activation Code**: <<Activation Code s_n>>

If you have questions about the product, need assistance with identity restoration or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at (877) 288-8057. Be prepared to provide engagement number <> as proof of eligibility for the identity restoration services by Experian.

### ADDITIONAL STEPS YOU CAN TAKE

We remind you it is always advisable to be vigilant for incidents of fraud or identity theft by reviewing your account statements and free credit reports for any unauthorized activity. You may obtain a copy of your credit report, free of charge, once every 12 months from each of the three nationwide credit reporting companies. To order your annual free credit report, please visit www.annualcreditreport.com or call toll free at 1-877-322-8228. Contact information for the three nationwide credit reporting companies is as follows:

- *Equifax*, PO Box 740241, Atlanta, GA 30374, www.equifax.com, 1-800-685-1111
- *Experian*, PO Box 2002, Allen, TX 75013, www.experian.com, 1-888-397-3742
- *TransUnion*, PO Box 1000, Chester, PA 19016, www.transunion.com, 1- 833-799-5355

If you believe you are the victim of identity theft or have reason to believe your personal information has been misused, you should immediately contact the Federal Trade Commission and/or the Attorney General's office in your state. You can obtain information from these sources about steps an individual can take to avoid identity theft as well as information about fraud alerts and security freezes. You should also contact your local law enforcement authorities and file a police report. Obtain a copy of the police report in case you are asked to provide copies to creditors to correct your records. Contact information for the Federal Trade Commission is as follows:

- *Federal Trade Commission*, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580, 1-877-IDTHEFT (438-4338), www.identitytheft.gov

*Fraud Alerts and Credit or Security Freezes:*

**Fraud Alerts:** There are two types of general fraud alerts you can place on your credit report to put your creditors on notice that you may be a victim of fraud—an initial alert and an extended alert. You may ask that an initial fraud alert be placed on your credit report if you suspect you have been, or are about to be, a victim of identity theft. An initial fraud alert stays on your credit report for one year. You may have an extended alert placed on your credit report if you have already been a victim of identity theft with the appropriate documentary proof. An extended fraud alert stays on your credit report for seven years.

To place a fraud alert on your credit reports, contact one of the nationwide credit bureaus. A fraud alert is free. The credit bureau you contact must tell the other two, and all three will place an alert on their versions of your report.

For those in the military who want to protect their credit while deployed, an Active Duty Military Fraud Alert lasts for one year and can be renewed for the length of your deployment. The credit bureaus will also take you off their marketing lists for pre-screened credit card offers for two years, unless you ask them not to.

**Credit or Security Freezes:** You have the right to put a credit freeze, also known as a security freeze, on your credit file, free of charge, which makes it more difficult for identity thieves to open new accounts in your name. That's because most creditors need to see your credit report before they approve a new account. If they can't see your report, they may not extend the credit.

*How do I place a freeze on my credit reports?* There is no fee to place or lift a security freeze. Unlike a fraud alert, you must separately place a security freeze on your credit file at each credit reporting company. For information and instructions to place a security freeze, contact each of the credit reporting agencies at the addresses below:

- *Equifax Security Freeze*, PO Box 105788, Atlanta, GA 30348, www.equifax.com
- *Experian Security Freeze*, PO Box 9554, Allen, TX 75013, www.experian.com
- *TransUnion Security Freeze*, PO Box 160, Woodlyn, PA 19094, www.transunion.com

You'll need to supply your name, address, date of birth, Social Security number and other personal information. After receiving your freeze request, each credit bureau will provide you with a unique PIN (personal identification number) or password. Keep the PIN or password in a safe place. You will need it if you choose to lift the freeze.

*How do I lift a freeze?* A freeze remains in place until you ask the credit bureau to temporarily lift it or remove it altogether. If the request is made online or by phone, a credit bureau must lift a freeze within one hour. If the request is made by mail, then the bureau must lift the freeze no later than three business days after getting your request.

If you opt for a temporary lift because you are applying for credit or a job, and you can find out which credit bureau the business will contact for your file, you can save some time by lifting the freeze only at that particular credit bureau. Otherwise, you need to make the request with all three credit bureaus.

The business address for NASCAR Enterprises, LLC is 1 Daytona Blvd, Daytona Beach, FL 32114 and can be reached by telephone at (286) 253-0611.

**Additional information for residents of the following states:**

Connecticut: You may contact and obtain information from your state attorney general at: *Connecticut Attorney General's Office*, 165 Capitol Ave, Hartford, CT 06106, 1-860-808-5318, www.ct.gov/ag

District of Columbia: You may contact and obtain information from your attorney general at: *Office of the Attorney General for the District of Columbia*, 400 6th Street NW, Washington, DC 20001, 1-202-727-3400, www.oag.dc.gov

Maryland: You may contact and obtain information from your state attorney general at: *Maryland Attorney General's Office*, 200 St. Paul Place, Baltimore, MD 21202, 1-888-743-0023 / 1-410-576-6300, www.marylandattorneygeneral.gov/

New York: You may contact and obtain information from these state agencies: *New York Department of State Division of Consumer Protection*, One Commerce Plaza, 99 Washington Ave., Albany, NY 12231-0001, 518-474-8583 / 1-800-697-1220, http://www.dos.ny.gov/consumerprotection; and *New York State Office of the Attorney General*, The Capitol, Albany, NY 12224-0341, 1-800-771-7755, https://ag.ny.gov

North Carolina: You may contact and obtain information from your state attorney general at: *North Carolina Attorney General's Office*, 9001 Mail Service Centre, Raleigh, NC 27699, 1-919-716-6000 / 1-877-566-7226, www.ncdoj.gov