# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**KEATON HARGETT**, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

**NASCAR ENTERPRISES, LLC,**

    Defendant.

Case No.: 6:25-cv-01523

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Keaton Hargett, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant NASCAR Enterprises, LLC without prejudice.

Dated: August 26, 2025

Respectfully submitted,

*/s/ Mariya Weekes*
Mariya Weekes (FL State Bar No. 56299)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: (786) 879-8200 / Fax: (786) 879-7520
mweekes@milberg.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 26, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

>/s/ *Mariya Weekes*
>Mariya Weekes (FL State Bar No. 56299)
>MILBERG COLEMAN BRYSON
>PHILLIPS GROSSMAN, PLLC
>333 SE 2nd Avenue, Suite 2000
>Miami, FL 33131
>Tel: (786) 879-8200 / Fax: (786) 879-7520
>*mweekes@milberg.com*