**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KEATON HARGETT,

    Plaintiff,

v.                                          Case No.: 6:25-cv-1523-WWB-DCI

NASCAR ENTERPRISES, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal (Doc. 11). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on August 29, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record